■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANLEY MORRISON, Appellant. [707 NYS2d 856] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vaughan, J.), rendered June 2, 1997, convicting him of manslaughter in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

J.), rendered April 3, 1998, convicting him of attempted murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the People established a proper chain of custody as to People's Exhibit 1, i.e., three nine-millimeter shell casings found at the scene of the shooting, by providing reasonable assurances of the identity and unchanged condition of the evidence. Thus, that evidence was properly admitted (*see, People v Julian,* 41 NY2d 340, 343, quoting *Amaro v City of New York,* 40 NY2d 30, 35; *People v Brown,* 251 AD2d 341). The defendant's claims regarding irregularities in the chain of custody go to the weight and not the admissibility of the evidence (*see, People v Vasquez,* 143 AD2d 525).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are unpreserved for appellate review, and, in any event, without merit. Goldstein, J. P., Florio, Feuerstein and Schmidt, JJ., concur.